UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   10-cr-00324-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  URIEL GAXIOLA-ARMENTA;
3.  RUBEN FAVABALA-ORTEGA; and

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      A status conference is set for **Friday, December 17, 2010 at 3:00 p.m.**

      Dated:  November 19, 2010.