UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   10-cr-00324-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  URIEL GAXIOLA-ARMENTA;
3.  RUBEN FAVABALA-ORTEGA; and

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The parties shall file a joint status report not later than **Monday, February 28, 2011.**

    Dated:  February 3, 2011.