UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   10-cr-00324-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  URIEL GAXIOLA-ARMENTA;
3.  RUBEN FAVABALA-ORTEGA;

      Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

A status conference is set for **Monday, March 28, 2011 at 1:30 P.M.**

Dated:  February 28, 2011.

-1-