UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   10-cr-00324-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  URIEL GAXIOLA-ARMENTA;
3.  RUBEN FAVABALA-ORTEGA; and

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A hearing on all pending motions is set for **Tuesday, August 30, 2011** at **1:30 PM.**

    Dated:  May 27, 2011.