UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00324-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. URIEL GAXIOLA-ARMENTA;
3. RUBEN FAVABALA-ORTEGA; and

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    On April 4, 2011, Defendant Uriel Gaxiola-Armenta filed a motion for a James Hearing. [ECF No. 97]. On April 28, 2011, Defendant Ruben Favabala-Ortega also filed a Motion for a James Hearing [ECF No. 100]. On May 6, 2011 the Government filed a James Submission in Response to Defendants' Motions [ECF No. 106], which included the Government's *James* proffer and *James* log.

    Because, to date, the Defendants have not filed objections in response to the Government's James log [ECF No. 106], the Court does not know if the Defendants object. If Defendants do have objections to the Government's *James* submission, the objections must be filed no later than **Monday, October 3, 2011.**

    **The Court will hear all pending motions at the October 26, 2011 hearing, starting at 9:00 AM.**

    Dated: September 19, 2011.