IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Criminal case No. 10-cr-00324-WYD

UNITED STATES OF AMERICA,

Plaintiff,

v.

**1. URIEL GAXIOLA ARMENTA**, and,
**3. RUBEN FAVABALA ORTEGA**,

Defendants.

---

## ORDER TO PRODUCE

---

Upon consideration of defense counsel and the Government's arguments regarding disclosure of the immigration file also referred to as the "A" file, presently in the possession of the Department of Homeland Security, for the individual by the name of Roberto Booher (A-file number 074377763), a material witness in this matter, it is

ORDERED that the United States Department of Homeland Security **PRODUCE** to the Government *i.e.*, the United States Attorney's Office for the District of Colorado, all documents and items contained within the possession and control of the office of Homeland Security regarding witness Roberto Booher (A-file 074377763). It is

FURTHER ORDERED that this disclosure occur **on or before Thursday**, **April 4**, **2013**, **at 12:00 p.m**.

Dated: April 2, 2013.

BY THE COURT:

/s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior U. S. District Judge