**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

Date:                           April 9, 2013            Prob./Pret.:   N/A
Courtroom Deputy:   Robert R. Keech         Interpreters:   Cathy Bahr and
Court Reporter/ECR:  Tammy Hoffschildt                      Susana Cahill

Criminal Case No.  **10-cr-00324-WYD**            Counsel:

UNITED STATES OF AMERICA,                            Stephanie Podolak
                                                     Zachary H. Phillips
                    Plaintiff,                       David A. Tonini

v.

**\*1.  URIEL GAXIOLA-ARMENTA; and**                 Lisabeth P. Castle
**\*3.  RUBEN FAVELA-ORTEGA**,                       Richard J. Banta

                    Defendants.

---

**COURTROOM MINUTES**

---

**TRIAL TO JURY (DAY 2)**

**1:44 p.m.**      Court in Session - Defendant present (in-custody) - Jury not present

                   Court's opening remarks.

                   Interpreters sworn (Spanish).

                   Defendant Uriel Gaxiola-Armenta's Motion to Reschedule Trial Pursuant to the
                   Ends of Justice Principles Set Forth in the Speedy Trial Act, 18 U.S.C. §
                   3161(H)(7)(A) [ECF Doc. No. 267], filed April 9, 2013, is raised for argument.

1:47 p.m.          Argument by Government (Ms. Podolak).

1:53 p.m.          Argument by Government (Mr. Phillips).

2:02 p.m.        Argument by Government (Ms. Podolak).

2:06 p.m.        Argument by Government (Mr. Phillips).

2:16 p.m.        Argument by Defendant Uriel Gaxiola-Armenta (Ms. Castle).

**ORDERED:**      Defendant Uriel Gaxiola-Armenta's Motion to Dismiss for Violation of Discovery Orders of Court or in the Alternative to Continue Trial [ECF Doc. No. 264], filed April 7, 2013, is **DENIED AS MOOT.**

**ORDERED:**      Defendant Uriel Gaxiola-Armenta's Motion for Reconsideration of the Word Entrapment in Opening Statement [ECF Doc. No. 265], filed April 7, 2013, is **DENIED WITHOUT PREJUDICE.**

**ORDERED:**      Defendant Uriel Gaxiola-Armenta's Motion to Reschedule Trial Pursuant to the Ends of Justice Principles Set Forth in the Speedy Trial Act, 18 U.S.C. § 3161(H)(7)(A) [ECF Doc. No. 267], filed April 9, 2013, is **GRANTED.**

**ORDERED:**      Parties shall file joint status report not later than **Thursday, May 23, 2013.**

**ORDERED:**      Defendants are **REMANDED** into the custody of the U.S. Marshal.

**2:57 p.m.**        Court in Recess - TRIAL CONCLUDED.

**TOTAL TIME:   1:13**

**\* - Denotes defendant who requires the services of an Interpreter.**