**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | March 4, 2014 | Prob./Pret.: | N/A |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | Susana Cahill |
| Court Reporter/ECR: | Mary George | | |

Criminal Case No. **10-cr-00324-WYD**       Counsel:

UNITED STATES OF AMERICA,                  Zachary H. Phillips
                                           David A. Tonini
      Plaintiff,

v.

**3.  RUBEN FAVELA-ORTEGA**,               Richard J. Banta

      Defendant.

## COURTROOM MINUTES

**MOTIONS HEARING**

**3:05 p.m.**    Court in Session - Defendant present (in-custody)

        APPEARANCES OF COUNSEL.

        Interpreter sworn (Spanish).

        Court's opening remarks.

        Defendant Ruben Favela-Ortega's Motion to Dismiss and Request for Prompt Hearing Theron [ECF Doc. No. 322], filed December 2, 2013, and Defendant Ruben Favela-Ortega's Motion to Dismiss:  Violation of the Speedy Trial Act and Request for Prompt Hearing Thereon [ECF Doc. No. 332], filed Feburary 5, 2014, are raised for argument.

| | |
|---|---|
| 3:10 p.m. | Argument by Government (Mr. Phillips). |
| 3:10 p.m. | Argument by Government (Mr. Tonini). |
| 3:10 p.m. | Argument by Defendant Ruben Favela-Ortega (Mr. Banta). |
| 3:14 p.m. | Argument by Government (Mr. Tonini). |
| **ORDERED:** | Defendant Ruben Favela-Ortega's Motion in Limine Relating to the Presentation of Telephone Call Transcripts and Translations [ECF Doc. No. 217], filed March 4, 2013, is **DENIED AS MOOT AS OF APRIL 4, 2013.** |
| 3:46 p.m. | Argument by Defendant Ruben Favela-Ortega (Mr. Banta). |
| 3:49 p.m. | Argument by Government (Mr. Tonini). |
| 3:53 p.m. | Argument by Defendant Ruben Favela-Ortega (Mr. Banta). |
| 4:01 p.m. | Argument by Government (Mr. Tonini). |
| **4:03 p.m.** | Court in Recess |
| **4:20 p.m.** | Court in Session |
| | Court makes findings. |
| 4:26 p.m. | Argument by Defendant Ruben Favela-Ortega (Mr. Banta). |
| 4:29 p.m. | Argument by Government (Mr. Tonini). |
| **ORDERED:** | Defendant Ruben Favela-Ortega's Motion to Dismiss: Violation of the Speedy Trial Act and Request for Prompt Hearing Thereon [ECF Doc. No. 332], filed Feburary 5, 2014, is **GRANTED.** |
| **ORDERED:** | Defendant Ruben Favela-Ortega's Motion to Dismiss and Request for Prompt Hearing Theron [ECF Doc. No. 322], filed December 2, 2013, is **DENIED AS MOOT.** |
| | Court indicates that a written order shall follow. |
| **ORDERED:** | Defendant is **REMANDED** into the custody of the U.S. Marshal. |

**4:41 p.m.**      Court in Recess - HEARING CONCLUDED.
**TOTAL TIME:   1:19**